IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NETFLIX, INC., SECURITIES LITIGATION. / | No. C 04-02978 WHA |
| THIS DOCUMENT RELATES TO:<br>NOEL v. NETFLIX, INC.<br>Case No. C04-02978 WHA / | **ORDER REGARDING FILING AMENDED COMPLAINT** |

Upon stipulation of the parties, and good cause appearing, plaintiffs shall have up to and including **AUGUST 12, 2005**, to file an amended complaint. Any motion to dismiss or answer must be filed within 21 days thereafter to be heard on a regular 35-day briefing track. Please do not ask for additional extensions.

**IT IS SO ORDERED.**

Dated: July 18, 2005.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE