IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NETFLIX, INC., SECURITIES LITIGATION. _____/ THIS DOCUMENT RELATES TO: NOEL v. NETFLIX, INC. Case No. C04-02978 WHA _____/ | No. C 04-02978 WHA **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING DATE** |

The Court will be unavailable on October 20, 2005. The Court will move any hearing date that has fallen on a religious holiday; therefore, the hearing on defendant's motion to dismiss and the case management conference will now be **OCTOBER 13, 2005, AT 2:00 P.M.** Please note there will be no further continuances.

**IT IS SO ORDERED.**

Dated: September 9, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE