1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

**United States District Court**
For the Northern District of California

10   IN RE NETFLIX, INC., SECURITIES                    No. C 04-02978 WHA

11   LITIGATION.
     _____/

12   THIS DOCUMENT RELATES TO:                          **ORDER CONTINUING HEARING
                                                        AND CASE MANAGEMENT**
13   NOEL v.  NETFLIX, INC.                              **CONFERENCE**
     Case No.  C04-02978 WHA
14   _____/

15

16          Per stipulation of the parties, the case management conference and the case management

17   conference will be **NOVEMBER 17, 2005, AT 8:00 A.M.  NO MORE CONTINUANCES WILL BE**

18   **ENTERTAINED.**

19

20          **IT IS SO ORDERED.**

21

22   Dated:  September 15, 2005.

23                                                      WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE
24

25

26

27

28